UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS CAIRE, | ) | CASE NO. CV 12-10128 AGR |
|               Plaintiff, | ) ) | JUDGMENT |
|    vs. | ) ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
|              Defendant. | ) ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: August 7, 2013

                                            ALICIA G. ROSENBERG
                                        United States Magistrate Judge